UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD PHILLIPS,<br><br>    Plaintiff,<br><br>    v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>    Defendants. | Case No. 17-cv-01547 EDL (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner proceeding *pro se*, has filed a civil rights complaint under 42 U.S.C. § 1983.[1] On June 30, 2017, the Court screened Plaintiff's complaint, and dismissed it with leave to amend. In the order, the Court directed Plaintiff to file an amended complaint within twenty-eight days or face dismissal. More than twenty-eight days have passed, and Plaintiff has not had further communication with the Court. Accordingly, this case is DISMISSED without prejudice. The Clerk shall terminate all pending motions and close the case.

**IT IS SO ORDERED.**

DATED: August 9, 2017

ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff consented to magistrate judge jurisdiction. Dkt. No. 5.
Case No. 17-cv-01547 EDL (PR)
ORDER OF DISMISSAL